# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 15-4303PO-001-PCT-DMF |
| Plaintiff, | **ORDER** |
| v. | |
| Tara Redbird Uqualla, | |
| Defendant. | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was knowingly and voluntarily waived; the detention hearing was submitted on the record by defendant through defense counsel.  The Court finds probable cause to believe the defendant violated the terms of her probation as alleged in the revocation petition.

IT IS ORDERED that the defendant is detained as flight risk and danger, pending further probation revocation proceedings. The Court finds that, defendant has failed to show by clear and convincing evidence that she is not a flight risk or a danger pursuant to Rule 32.1(a)(6), Federal Rules of Criminal Procedure.

Dated this 19th day of November, 2015.

Honorable Deborah M. Fine
United States Magistrate Judge